LaSalle National Bank Association, Respondent, v Tatiana Odato, Appellant, et al., Defendants.

Submitted September 14, 2015; decided October 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Lynn Lew, Appellant, v Manhasset Public Library et al., Respondents.

Submitted August 31, 2015; decided October 27, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.